AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
DEC - 7 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:16MJ 559 |
| ROBERT MASON WILDES | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 2016 to December 6, 2016__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) & 846 | Conspiracy to distribute and possess with intent to distribute five-hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841 (a)(1) and 846. |

This criminal complaint is based on these facts:
Please see the attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Carina A. Cuellar

*Complainant's signature*

Kendrah Peterson, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/07/2016__

City and state: __Alexandria, Virginia__

/s/
Ivan D. Davis
United States Magistrate Judge