# Criminal Case Cover Sheet

**U.S. District Court**

**FILED:** REDACTED

**Place of Offense:**

- [ ] Under Seal

**Judge Assigned:**

City: Dunn Loring
Superseding Indictment:
**Criminal No.**

County: Fairfax
Same Defendant:
New Defendant: x

Magistrate Judge Case No.: 1:16MJ 559
**Arraignment Date:**

Search Warrant Case No.:
R. 20/R. 40 From:

## Defendant Information:

Defendant Name: Robert Mason Wildes
Alias(es):
- [ ] Juvenile   FBI No.

Address: Dunn Loring, Virginia 22027

Employment:

Birth Date: 1981   SSN:   Sex: Male   Race: White   Nationality: USA

Place of Birth: Tennessee   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

- [ ] Interpreter   Language/Dialect:   Auto Description:

## Location/Status:

Arrest Date: Dec 6, 2016
- [x] Already in Federal Custody as of: Dec 6, 2016   in: Alexandria ADC
- [ ] Already in State Custody
- [ ] On Pretrial Release
- [ ] Not in Custody
- [ ] Arrest Warrant Requested
- [ ] Fugitive
- [ ] Summons Requested
- [ ] Arrest Warrant Pending
- [x] Detention Sought
- [ ] Bond

## Defense Counsel Information:

Name:
- [ ] Court Appointed   Counsel Conflicts: See list

Address:
- [ ] Retained

Phone:
- [ ] Public Defender
- [x] Federal Public Conflicted Out

## U.S. Attorney Information:

AUSA(s): Carina A. Cuellar   Phone: 703-299-3700   Bar No.

## Complainant Agency - Address & Phone No. or Person & Title:

DEA SA Kendrah Peterson, 800 K Street NW, Suite 500, Washington, DC 20001

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. § 846 | Consp to Distribute 500 grams | 1 | Felony |
| Set 2: |  | Methamphetamine |  |  |

Date: 12/7/2016   AUSA Signature: [signature]   *may be continued on reverse*