TYPE OF HEARING: **PH/DH**
CASE NUMBER: 1:16mj559
MAGISTRATE JUDGE: Ivan D. Davis
DATE: 12/09/16
TIME: 2pm
TAPE: FTR RECORDER
DEPUTY CLERK: Laura Brumbaugh

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Robert Mason Wildes

GOVT. ATTY  Ankush Khardori

DEFT'S ATTY  Robert Jenkins

INTERPRETER/LANGUAGE

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )

Gov't adduced evidence and rests. Affidavit admitted into evidence as Gov't exhibit 1. Court finds PC. Matter continued for further proceedings before the Grand Jury. Gov't argues for detention. Deft argues for release with conditions - Granted

Deft remanded until all conditions are met.

NEXT COURT APPEARANCE _____  TIME _____

32